IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL CLARK, on
behalf of himself and all
others similarly situated                                                    PLAINTIFF

v.                           No. 5:11-cv-321-DPM

WELSPUN TUBULAR LLC.                                                         DEFENDANT

## JUDGMENT

Clark's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 April 2013